# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**Annette Dawson**

Debtor.

Case No. 15-12511-JDL
Chapter 13

## NOTICE OF CLAIMS

John Hardeman, Chapter 13 Trustee hereby gives notice of claims filed with the Court and entered by the Chapter 13 Trustee, and of debts scheduled for which no claim has been filed, as follows:

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| AMERICAN COLLECTION<br>604 SW 29TH ST<br>OKLAHOMA CITY, OK 73101 | Claim Amt :$0.00<br>Sch'd Amt: $25.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 8765<br>Comm: |
| AMERICAN COLLECTION<br>SERVICES<br>3100 SW 59TH<br>PO BOX 44069<br>OKLAHOMA CITY, OK 73144 | Claim Amt :$197.03<br>Sch'd Amt: $197.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: XX7593<br>Comm: |
| AMERICAN COLLECTION<br>SERVICES<br>3100 SW 59TH<br>PO BOX 44069<br>OKLAHOMA CITY, OK 73144 | Claim Amt :$119.50<br>Sch'd Amt: $166.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: XX3850<br>Comm: |

Page 2 of 9 - **CHAPTER 13 CASE NO. 15-12511-JDL**

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| AMERICAN COLLECTION SERVICES 3100 SW 59TH PO BOX 44069 OKLAHOMA CITY, OK 73144 | Claim Amt :$149.88 Sch'd Amt: $149.00 Int Rate:     0% | UNSECURED CREDITOR Mo Pymt:  $0.00 Acct: XX8284 Comm: |
| AMERICAN PROFIT RECOVERY 34405 W 12 MILE RD STE 379 FARMINGTON, MI 48331 | Claim Amt :$0.00 Sch'd Amt: $39.00 Int Rate:     0% | UNSECURED CREDITOR Mo Pymt:  $0.00 Acct: 0607 Comm: |
| Annette Dawson 1341 NW 105th Terrace Oklahoma City, OK 73114 | Claim Amt :$0.00 Sch'd Amt: $0.00 Int Rate:     0% | DEBTOR REFUND Mo Pymt:  $0.00 Acct: Comm: |
| AT&T MOBILITY II LLC % AT&T SERVICES ONE AT&T WAY ROOM 3A104 BEDMINSTER, NJ 07921 | Claim Amt :$1,052.80 Sch'd Amt: $0.00 Int Rate:     0% | UNSECURED CREDITOR Mo Pymt:  $0.00 Acct: Comm: CONTRACT |
| BANC OF CALIFORNIA % RUSHMORE LOAN MGMT SERV PO BOX 52708 IRVINE, CA 92619-2708 | Claim Amt :$0.00 Sch'd Amt: $76,292.00 Int Rate:     0% | MORTGAGE REGULAR PAYMENT Mo Pymt:  $868.27 Acct: 3606 Comm: MTG/1341 NW 105TH TERRACE |
| BANC OF CALIFORNIA % RUSHMORE LOAN MGMT SERV PO BOX 52708 IRVINE, CA 92619-2708 | Claim Amt :$11,776.02 Sch'd Amt: $9,401.48 Int Rate:     11% | HOME MORTGAGE ARR. Mo Pymt:  $0.00 Acct: 3606 Comm: MTG/ARRS/1341 NW 105TH TERRACE |

Page 3 of 9 - **CHAPTER 13 CASE NO. 15-12511-JDL**

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| BANC OF CALIFORNIA<br>% RUSHMORE LOAN MGMT<br>SERV<br>PO BOX 52708<br>IRVINE, CA 92619-2708 | Claim Amt :$868.27<br>Sch'd Amt: $868.27<br>Int Rate:     11% | HOME MORTGAGE ARR.<br>Mo Pymt:  $0.00<br>Acct: 3606<br>Comm: 1ST POST PET<br>PMNT |
| BELLE ISLE OFFICES<br>2222 W HEFNER RD<br>OKLAHOMA CITY, OK 73120 | Claim Amt :$0.00<br>Sch'd Amt:  $0.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct:<br>Comm: LEASE |
| BUSINESS REVENUE<br>SYSTEMS<br>2419 SPY RUN AVE SUITE A<br>FT WAYNE, IN 46805-3250 | Claim Amt :$0.00<br>Sch'd Amt:  $52.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 5883<br>Comm: |
| CBSA<br>123 7TH AVE CENTER<br>STILLWATER, OK 74074 | Claim Amt :$0.00<br>Sch'd Amt:  $222.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 2525<br>Comm: |
| COMPASS BANK<br>AIS DATA SERVICES<br>PO BOX 4138<br>HOUSTON, TX 77210 | Claim Amt :$37.64<br>Sch'd Amt:  $0.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 9847<br>Comm: Split Claim |
| COMPASS BANK<br>AIS DATA SERVICES<br>PO BOX 4138<br>HOUSTON, TX 77210 | Claim Amt :$30,189.00<br>Sch'd Amt:  $30,189.00<br>Int Rate:     8% | VEHICLE<br>Mo Pymt:  $806.64<br>Acct: 9847<br>Comm: 13 CADILLAC SRX |

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| COMPASS BANK DEPT<br>% ASCENSION CAPTIAL<br>GROUP<br>PO BOX 201347<br>ARLINGTON, TX 76006 | Claim Amt :$0.00<br>Sch'd Amt: $1,890.00<br>Int Rate:    0% | INCLUDED IN PAYOFF<br>Mo Pymt:  $0.00<br>Acct: 9847<br>Comm: INCLUD'D IN<br>PAYOFF |
| CREDIT COLLECTIONS<br>PO BOX 60607<br>OKLAHOMA CITY, OK 73146 | Claim Amt :$0.00<br>Sch'd Amt: $209.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 3212<br>Comm: AMR |
| CREDIT COLLECTIONS<br>PO BOX 60607<br>OKLAHOMA CITY, OK 73146 | Claim Amt :$0.00<br>Sch'd Amt: $159.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 5108<br>Comm: AMR |
| ENTERGY ARKANSAS INC<br>PO BOX 6008<br>MAIL UNIT L-JEF-359<br>NEW ORLEANS, LA 70174 | Claim Amt :$0.00<br>Sch'd Amt: $203.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 2345<br>Comm: |
| GUARDIAN SECURITY<br>2448 E 81ST STE 4200<br>TULSA, OK 74137 | Claim Amt :$0.00<br>Sch'd Amt: $0.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct:<br>Comm:<br>CONTRACT/REJECTED |
| IC SYSTEM<br>% A THOMAS POKELA<br>PO BOX 2621<br>SIOUX FALLS, SD 57101 | Claim Amt :$0.00<br>Sch'd Amt: $79.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 3001<br>Comm: |

Page 5 of 9 - **CHAPTER 13 CASE NO. 15-12511-JDL**

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPER PO BOX 7317 PHILADELPHIA, PA 19101 | Claim Amt :$32,698.65 Sch'd Amt: $47,057.91 Int Rate:  0% | UNSECURED CREDITOR Mo Pymt:  $0.00 Acct: 5000 Comm: PEN, 10 TAX/INT |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPER PO BOX 7317 PHILADELPHIA, PA 19101 | Claim Amt :$48,879.82 Sch'd Amt: $10,000.00 Int Rate:  0% | PRIORITY CREDITOR Mo Pymt:  $0.00 Acct: 5000 Comm: 11-12 TAX/INT, 13-14 PER RECORDS/D' |
| MERCY VIRTUAL BUSINESS OFFICE PO BOX 505017 ST LOUIS, MO 63150 | Claim Amt :$1,879.97 Sch'd Amt:  $0.00 Int Rate:  0% | UNSECURED CREDITOR Mo Pymt:  $0.00 Acct: 5000 Comm: |
| OKLAHOMA TAX COMMISSION GENERAL COUNSELS OFFICE 100 N BROADWAY AVE STE 1500 OKLAHOMA CITY, OK 73102 | Claim Amt :$79.15 Sch'd Amt:  $0.00 Int Rate:  0% | UNSECURED CREDITOR Mo Pymt:  $0.00 Acct: 5000 Comm: 13-14 PENALTY |
| OKLAHOMA TAX COMMISSION GENERAL COUNSELS OFFICE 100 N BROADWAY AVE STE 1500 OKLAHOMA CITY, OK 73102 | Claim Amt :$53.32 Sch'd Amt:  $0.00 Int Rate:  0% | PRIORITY CREDITOR Mo Pymt:  $0.00 Acct: 5000 Comm: 14 EST W/HLDG |

Page 6 of 9 - **CHAPTER 13 CASE NO. 15-12511-JDL**

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| OKLAHOMA TAX COMMISSION GENERAL COUNSELS OFFICE 100 N BROADWAY AVE STE 1500 OKLAHOMA CITY, OK 73102 | Claim Amt :$1,958.80 Sch'd Amt: $0.00 Int Rate:     0% | PRIORITY CREDITOR Mo Pymt:  $0.00 Acct: 5000 Comm: 13-14 TAXES/INT |
| OKLAHOMA TAX COMMISSION GENERAL COUNSELS OFFICE 100 N BROADWAY AVE STE 1500 OKLAHOMA CITY, OK 73102 | Claim Amt :$0.00 Sch'd Amt: $3,008.83 Int Rate:     0% | SECURED CREDITOR Mo Pymt:  $0.00 Acct: Comm: STATUTORY LIEN/FLD ONE CLAIM |
| OKLAHOMA TAX COMMISSION GENERAL COUNSELS OFFICE 100 N BROADWAY AVE STE 1500 OKLAHOMA CITY, OK 73102 | Claim Amt :$0.00 Sch'd Amt: $2,956.46 Int Rate:     0% | SECURED CREDITOR Mo Pymt:  $0.00 Acct: Comm: STATUTORY LIEN/FLD ONE CLAIM |
| OKLAHOMA TAX COMMISSION GENERAL COUNSELS OFFICE 100 N BROADWAY AVE STE 1500 OKLAHOMA CITY, OK 73102 | Claim Amt :$6,588.28 Sch'd Amt: $3,010.68 Int Rate:     3% | SECURED CREDITOR Mo Pymt:  $230.16 Acct: 5000 Comm: STATUTORY LIEN/10-12 TAX/INT/PEN/FLG FEE |
| OKLAHOMA TAX COMMISSION GENERAL COUNSELS OFFICE 100 N BROADWAY AVE STE 1500 OKLAHOMA CITY, OK 73102 | Claim Amt :$5.00 Sch'd Amt: $0.00 Int Rate:     0% | UNSECURED CREDITOR Mo Pymt:  $0.00 Acct: 5000 Comm: PENALTY |

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | Claim Amt :$6,559.55<br>Sch'd Amt: $8,412.90<br>Int Rate:      0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 5002<br>Comm: ONE MAIN FINANCIAL |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 | Claim Amt :$920.81<br>Sch'd Amt: $866.00<br>Int Rate:      0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 7964<br>Comm: HSN |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 | Claim Amt :$1,073.28<br>Sch'd Amt: $1,017.00<br>Int Rate:      0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 2558<br>Comm: TALBOTS |
| SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX 75356 | Claim Amt :$1,006.76<br>Sch'd Amt: $794.00<br>Int Rate:      0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 4211<br>Comm: |
| SPRINGLEAF FINANCIAL SERVICES<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | Claim Amt :$3,284.60<br>Sch'd Amt: $3,550.00<br>Int Rate:      0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 6039<br>Comm: |
| TALBOTS<br>% CREDITORS BANKRUPTCY SVC<br>PO BOX 740933<br>DALLAS, TX 75374 | Claim Amt :$0.00<br>Sch'd Amt: $1,017.00<br>Int Rate:      0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct: 2558<br>Comm: CB |

Page 8 of 9 - **CHAPTER 13 CASE NO. 15-12511-JDL**

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| TEARSA STORMS OLSON<br>2400 NW 23RD STUITE 102<br>OKLAHOMA CITY, OK 73107 | Claim Amt : $3,402.95<br>Sch'd Amt: $3,402.95<br>Int Rate:    0% | ATTORNEY FEE<br>Mo Pymt: $0.00<br>Acct:<br>Comm: |
| UNITED CONSUMER<br>FINANCIAL SERV<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL ROAD STE<br>200<br>TUCSON, AZ 85712 | Claim Amt : $710.22<br>Sch'd Amt: $761.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt: $0.00<br>Acct: 3803<br>Comm: KIRBY CLEANING<br>SYSTEM |
| US BANKRUPTCY COURT<br>CLERK<br>215 DEAN MCGEE AVE<br>FIRST FLOOR<br>OKLAHOMA CITY, OK 73102 | Claim Amt : $0.00<br>Sch'd Amt: $0.00<br>Int Rate:    0% | FILING FEE<br>Mo Pymt: $0.00<br>Acct:<br>Comm: |
| USAF INC<br>USA FUNDS MC E2148<br>PO BOX 6180<br>INDIANAPOLIS, IN 46206 | Claim Amt : $60,407.33<br>Sch'd Amt: $59,878.44<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt: $0.00<br>Acct: 5000<br>Comm: EDUCATIONAL |
| VALARITY LLC<br>PO BOX 505023<br>ST LOUIS, MO 63150 | Claim Amt : $0.00<br>Sch'd Amt: $107.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt: $0.00<br>Acct: 8440<br>Comm: |
| VALARITY LLC<br>PO BOX 505023<br>ST LOUIS, MO 63150 | Claim Amt : $0.00<br>Sch'd Amt: $77.00<br>Int Rate:    0% | UNSECURED CREDITOR<br>Mo Pymt: $0.00<br>Acct: 2786<br>Comm: |

Page 9 of 9 - **CHAPTER 13 CASE NO. 15-12511-JDL**

     Pursuant to 11 U.S.C. Section 502, the claims which have been filed are deemed allowed and will be treated in accordance with the Order Confirming Chapter 13 Plan and any other relevant Court Orders. Such distributions will be made by the Trustee from available funds unless and until the debtor or other interested party files with the Court an objection to claim and and serves the objection upon the Chapter 13 Trustee and the creditor holding the claim.

Respectfully submitted,

s/John Hardeman
_____

John Hardeman, Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

## CERTIFICATE OF SERVICE

    I herein certify that on February 26, 2016, a true and correct copy of this Notice was served

upon the debtor by U.S. Mail, first class, postage prepaid, at the following address:


Annette Dawson
1341 NW 105th Terrace
Oklahoma City, OK 73114

s/John Hardeman
_____

John Hardeman, Trustee

KP